THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Benjamin K. Cantrell, Appellant,
v.
SC Department of Public Safety, Respondent.
 
 
 

Appeal From Greenville County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2005-UP-023
Submitted November 1, 2004  Filed January 
 13, 2005

AFFIRMED

 
 
 
Benjamin K. Cantrell, of Greer, for Appellant.  
Senior Assistant General Counsel Patrick M. Teague, of Blythewood, for Respondent.
 
 
 

PER CURIAM:  Benjamin Cantrell appeals the circuit courts 
 order affirming the administrative hearing officers decision that his arrest 
 for driving under the influence was lawful.  We affirm 
 [1] pursuant to Rule 220(b)(2), SCACR, and the following authorities:  

As to the lawfulness of Cantrells arrest in a parking garage:  S.C. 
 Code Ann. § 56-5-2930 (Supp. 2003) (It is unlawful for a person to drive a 
 motor vehicle within this State while:  (1) under the influence of alcohol 
 to the extent that the persons faculties to drive are materially and appreciably 
 impaired . . . .) (emphasis added); State v. Allen, 314 S.C. 539, 540, 
 431 S.E.2d 563, 564 (1993) (holding the application of code section 56-5-2930 
 is not limited to state highways but applies anywhere within our State boundaries.).
As to an alleged violation of the videotaping requirement pursuant 
 to S.C. Code Ann. section 56-5-2953 (Supp. 2003), the absence of counsel for 
 the State at the appellate hearing before the circuit court, and the circuit 
 courts alleged failure to consider error by the administrative hearing officer 
 and the arresting officer:  Wilder Corp. v. Wilke, 330 S.C. 71, 76, 497 
 S.E.2d 731, 733 (1998) (It is axiomatic that an issue cannot be raised for 
 the first time on appeal, but must have been raised to and ruled upon by the 
 trial judge to be preserved for appellate review.); Murphy v. Hagan, 
 275 S.C. 334, 339, 271 S.E.2d 311, 313 (1980) (holding an appellate court will 
 not hear issues not raised or preserved in a lower court proceeding). 
 AFFIRMED.
 ANDERSON, STILWELL, and SHORT, JJ., concur.

 
 
 [1]  We decide this case without oral argument pursuant to Rule 
 215, SCACR.